# Court of Appeals
# of the State of Georgia

ATLANTA,   April 16, 2013

*The Court of Appeals hereby passes the following order:*

## A13A1482.  IN RE: ESTATE OF HAZEL WYATT HASTY.
## A13A1483.  IN RE: ESTATE OF WILLIAM G. HASTY, SR.

William G. Hasty, Jr., executor of his parents' wills, appealed to this Court from a grant of partial summary judgment in favor of Joan Hasty Castleberry in the above cases.  One of the issues is whether Hasty breached his fiduciary duties by making transfers contrary to the terms of his father's will.

The Georgia Supreme Court has appellate jurisdiction in all cases involving wills.  Ga. Const. 1983, Art. VI, Sec. VI, Para. III.  The Supreme Court has explained that "'all cases involving wills' means those cases in which the will's validity or meaning is in question." *In re: Estate of Gwendolyn H. Lott*, 251 Ga. 461 (306 SE2d 920) (1983).  The meaning of William G. Hasty, Sr.'s will appears to be a key issue in these appeals.  Accordingly, jurisdiction lies in the Supreme Court, and this appeal is hereby TRANSFERRED to that Court.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,* 04/16/2013
    *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

 *, Clerk.*